IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN CHRISTMAN,

    Plaintiff,                   No. CIV S-04-0884 FCD PAN P

    vs.

CALIFORNIA DEPARMENT
OF CORRECTIONS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2005, are adopted in full;

2. Defendants' December 13, 2004, motion to dismiss plaintiff's claim that as yet unidentified defendants violated his rights by housing him with a prisoner with a reputation for violence is granted;

3. Defendants Kernan, Knowles and Robinson's motion to dismiss is granted;

4. Defendant Micheletti's motion to dismiss upon the ground plaintiff fails to state a claim is denied; and,

5. Defendant Micheletti's motion to dismiss upon the ground he is entitled to immunity is denied and he is directed to answer the complaint within 30 days.

DATED: July 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge