United States District Court

Eastern District of California

Brian Christman,

       Plaintiff,                    No. Civ. S 04-0884 FCD PAN P

   vs.                           Order

California Department of
Corrections, et al.,

       Defendants.

-oOo-

October 28, 2005, plaintiff filed a request for a preliminary injunction without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Plaintiff shall file a proof of service within ten days. Otherwise the court will take no action on it.

So ordered.

Dated: December 13, 2005.

                                      /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge