United States District Court

Eastern District of California

Brian Lee Christman,

      Plaintiff,

vs.

California Department of Corrections, et al.,

      Defendants.

No. Civ. S 04-0884 FCD PAN P

Order

-oOo-

Plaintiff requests an extension of time to conduct discovery because he is in administrative segregation pending transfer and he is not allowed to have legal materials while housed there.

The court has made no schedule and so there is no date by which discovery must be completed.

///

///

///

///

1  Accordingly, plaintiff's October 28, 2005, request is
2 denied.
3  So ordered.
4  Dated: January 5, 2006.

  /s/ Peter A. Nowinski
  PETER A. NOWINSKI
  Magistrate Judge