United States District Court

Eastern District of California

Brian Lee Christman,

       Plaintiff,                       No. Civ. S 04-0884 FCD PAN P

  vs.                               Order

California Department of Corrections, et al.,

       Defendants.

-oOo-

Plaintiff is a prisoner, without counsel, prosecuting this civil rights action on the claim defendant Micheletti violated plaintiff's rights by encouraging plaintiff's cell-mate, who had a reputation for violence, to attack plaintiff and then purposefully delayed obtaining medical attention for plaintiff. Pursuant to Fed. R. Civ. P. 37(a)(2)(B), plaintiff moves to compel defendants to respond to requests to inspect and copy documents.

A party may move for an order compelling discovery with

respect to objections or other failure to respond to interrogatories or requests to produce documents.  Fed. R. Civ. P. 37(a)(2)(B), 33(b)(5),  34(b).  But plaintiff has not demonstrated he has served upon defendants any requests for documents.

Therefore, I hereby deny plaintiff's November 2, 2005, motions.

So ordered.

Dated:  January 5, 2006.

                                      /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge