IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN LEE CHRISTMAN,

    Plaintiff,                  No. CIV S-04-0884 FCD PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.

    Defendants.              <u>ORDER</u>

        On August 24, 2005, the Magistrate Judge issued an order governing discovery, and on January 6, 2006, the Magistrate Judge issued a scheduling order. On March 23, 2006, plaintiff filed a request for reconsideration of those orders. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of these orders is untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 24, 2006, request for reconsideration is denied.

DATED: March 31, 2006

                                /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL JR.
                                United States District Judge