IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN LEE CHRISTMAN,

     Plaintiff,                        No. CIV S-04-0884 FCD PAN P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

     Defendants.                ORDER

        On December 22, 2004, and January 6, 2006, the Magistrate Judge issued orders denying plaintiff's motions for discovery. On March 23, 2006, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the Magistrate Judge's orders of December 22, 2006, and January 6, 2006, is untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 23, 2006, request for reconsideration is denied.

DATED:March 31, 2006

                                                /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
                                                United States District Judge