IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN LEE CHRISTMAN,

    Plaintiff,                    No. CIV S-04-0884 FCD PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.             ORDER

         Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  On January 31, 2006, plaintiff filed a motion for change of venue.

         Plaintiff alleges that the court has failed to acknowledge plaintiff's pleadings and motions and has permitted defendants to abuse plaintiff in violation of the Eighth Amendment. He seeks an order transferring this action to the United States District Court for the Central District of California.

         Where venue initially is proper, a court may transfer a case from one federal district court to another where the action could also have been brought for the convenience of the parties and witnesses.  28 U.S.C. § 1404(a).  "Convenience" refers to the parties' ease of access to evidence and witnesses and the like.  Sparling v. Hoffman Const. Co., Inc., 864 F.2d 635 (9th Cir. 1988).  Plaintiff has not demonstrated he could have brought this action in the Central

1  District of California, see 28 U.S.C. 1391(b), and he has not shown that the convenience of the
2  parties would be served thereby.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's January 31, 2006,
4  motion for change of venue is denied.
5  DATED: April 24, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

11  \004
12  \chri0884.dny chng venue