IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN CHRISTMAN,

    Plaintiff,                   No. CIV S-04-0884 FCD PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  He filed a complaint May 4, 2004.  On December 13, 2004, defendants filed a motion to dismiss, which the court denied July 25, 2005.  On August 16, 2005, defendants filed an answer.  On May 3, 2006, plaintiff filed a notice stating he intends to reject all correspondence from the court "until further notice."  On May 9, 2006, mail was returned to the court with the notation "RTS, Inmate Refused."  On May 18, 2006, mail was returned to the court with the notation, "returned to sender - inmate refused."

        It appears plaintiff intends to abandon this action.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for lack of prosecution.  See Fed. R. Civ. P. 41(b).

1  These findings and recommendations will be submitted to the United States
2  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3  20 days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6  within the specified time may waive the right to appeal the District Court's order.  Martinez v.
7  Ylst, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: May 24, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\chri0884.57