IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN LEE CHRISTMAN,

      Plaintiff,                        No. CIV S-04-0884 FCD EFB P

      v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.               ORDER

      Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff requests the court to schedule a settlement conference. See Local Rule 16-270.

      The must hold a settlement conference in a case unless otherwise ordered by the court, on objection of a party or for other good cause. Local Rule 16-270(a).

      Nothing in the record suggests defendants are prepared for settlement negotiations.

      Accordingly, plaintiff's July 3, 2006, request for a settlement conference is denied.

      So ordered.

Dated: August 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\chri0884.deny settlement conf