IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN CHRISTMAN,

        Plaintiff,                    No. CIV S-04-0884 FCD EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.             ORDER
_____/

       Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant Micheletti, the only defendant remaining in this action, has filed a motion to vacate pretrial dates. Pursuant to the July 28, 2006, revised, schedule, plaintiff's pretrial statement was due December 15, 2006, defendant's pretrial statement is due December 29, 2006, the pretrial conference is set for July 5, 2007, and the trial is set for March 27, 2007.

       However, defendants' motion for summary judgment is currently pending. If granted, it will eliminate the need to meet the pending due dates. If denied, the ruling on the motion will likely inform the parties as to which material issues of fact remain for resolution at trial and thereby focus their preparation. For these reasons, the court finds good cause to vacate the current schedule. *See* Fed. R. Civ. P. 16(b).

1  Accordingly, it is hereby ORDERED that defendant's December 8, 2006, request to
2  vacate the schedule is granted. In the event this action survives summary judgment, the court
3  will set the matter for pretrial and trial.
4  Dated: December 19, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE