IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN LEE CHRISTMAN,

    Plaintiff,                      No. CIV S-04-0884 FCD EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.             <u>ORDER</u>

                                     /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] On February 20, 2007, however, plaintiff filed a document best described as a diatribe against the court and against defendants. Nowhere in it does he show why the findings and recommendations should not be adopted in full.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:

5  1.  The findings and recommendations filed January 26, 2007, are adopted in full;
6  2.  Defendant's September 15, 2006, motion for summary judgment is granted;
7  3.  Judgment is entered in favor of defendant Micheletti; and
8  4.  The Clerk is directed to close the case.
9  DATED: March 8, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE